**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SPERRY, | No. C 09-06004 SBA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| WARDEN JAMES T. YATES, et al., | |
| Defendants. _____/ | |

     Plaintiff, a state prisoner, has filed a <u>pro se</u> civil rights action pursuant to 42 U.S.C. § 1983 and an application for <u>in forma pauperis</u> status.  The acts complained of occurred at High Desert State Prison and Pleasant Valley State Prison, which are both located in the Eastern District of California, and it appears that the Defendants reside in that district.  Venue, therefore, properly lies in that district and not in this one.  <u>See</u> 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.  The Clerk of the Court shall transfer the case forthwith.

    All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

    IT IS SO ORDERED.

DATED: 1/12/10

                                  *Saundra B Armstrong*
                                  SAUNDRA BROWN ARMSTRONG
                                  United States District Judge

1

2  UNITED STATES DISTRICT COURT
   FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

4  MICHAEL SPERRY,
                                              Case Number: CV09-06004 SBA
5              Plaintiff,
                                              **CERTIFICATE OF SERVICE**
6      v.

7  JAMES T YATES et al,

8              Defendant.
   _____/

9

10 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
   Court, Northern District of California.

11
   That on January 28, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
12 copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
   envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
13 located in the Clerk's office.

14

15 Michael Sperry G-01072
   Pleasant Valley State Prison
16 P.O. Box 8504
   Coalinga, CA 93210-8504
17
   Dated: January 28, 2010
18
                                         Richard W. Wieking, Clerk
19                                       By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California